UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICTORIA BRANNON,

               Plaintiff,

   v.

CARDINAL HEALTH, et al.,

               Defendants.

Case No. C22-0395-TL

ORDER GRANTING IN FORMA PAUPERIS APPLICATION

Because Plaintiff does not appear to have funds available to afford the $402 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk is directed to send copies of this order to Plaintiff and to the assigned District Judge.

Dated this 31st day of March, 2022.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge