UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTORIA BRANNON,<br><br>Plaintiff(s),<br><br>v.<br><br>CARDINAL HEALTH et al.,<br><br>Defendant(s). | CASE NO. 2:22-cv-00395-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Prior to the Court ruling on Plaintiff's Motion for Service of Summonses by United States Marshal Service (Dkt. No. 5), Plaintiff shall provide the Court with the paper summonses issued by the Clerk for the named Defendants **within twenty-one days of the date of this order**. The summonses must be received by the Clerk's Office at the United States District Court, or post-marked if returned by mail, **by no later than July 19, 2022.** Failure to

comply to this Minute Order by the specified date could result in the denial of Plaintiff's motion.

(2) Plaintiff's Motion for Service of Summonses by United States Marshal Service shall be **re-noted for July 26, 2022**, to allow ample time for the return of the summons to the Clerk's Office.

(3) The Clerk is directed to mail to Plaintiff:

(a) a copy of this Minute Order, with a self-addressed postage-paid return envelope;

(b) a copy of the *Information* for *Pro Se Litigants in Civil Cases* document included in Judge Tana Lin's Chambers Procedures, available at https://www.wawd.uscourts.gov/sites/wawd/files/RepresentingYourselfinaCivilMatter.pdf; and

(c) a copy of the *Pro Se E-Filer and/or E-Service Registration* document available at https://www.wawd.uscourts.gov/sites/wawd/files/Pro_Se_Registration_Intructions.pdf.

Dated this 28th day of June 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk