UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTORIA BRANNON,<br><br>               Plaintiff(s),<br>  v.<br><br>CARDINAL HEALTH et al.,<br><br>               Defendant(s). | CASE NO. 2:22-cv-00395-TL<br><br>ORDER GRANTING MOTION FOR SERVICE BY THE COURT |

This matter is before the Court on Plaintiff's Motion for Service of Summonses by the Court. Dkt. No. 5. Plaintiff is proceeding in this matter *in forma pauperis* and therefore seeks assistance with service of the Summons and Complaint on Defendants. No Defendant has appeared in this matter.

Federal Rule of Civil Procedure 4(c)(3) provides:

> At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916.

The rule authorizes the Court to order service by the Marshal or by a person specially appointed by the court when requested and mandates it for *in forma pauperis* prisoner plaintiffs proceeding under 28 U.S.C. § 1915. Although Plaintiff was granted leave to proceed *in forma pauperis*, she is not a prisoner. However, the Court recognizes that Plaintiff has limited means and has provided sufficient information to effect service of the Summons and Complaint.

Having reviewed Plaintiff's motion, and for the reasons stated above, the Court hereby finds and ORDERS:

(1) Plaintiff's Motion for Service by the Court (Dkt. No. 5) is GRANTED.

(2) The Clerk shall send the following to each named Defendant by first class mail:

    (a) a copy of the Complaint (Dkt. No. 4);

    (b) a copy of this Order;

    (c) a copy of the appropriate Summons;

    (d) two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons,

    (e) a Waiver of Service of Summons; and

    (f) a return envelope, postage prepaid, addressed to the Clerk's Office for each Defendant.

(3) Defendants shall have **thirty (30) days** from the date of this Order within which to return the enclosed Waiver of Service of Summons. Any defendant who timely returns the signed waiver shall have **sixty (60) days** after the date designated on the notice of lawsuit to file and serve an answer to the complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure. Any defendant who fails to timely return the signed waiver will be personally served with a summons and complaint and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2).

(4) The Clerk shall mail a copy of this Order to Plaintiff via U.S. Mail.

Dated this <u>18th</u> day of August 2022.

    Tana Lin
    United States District Judge